

IN THE
TENTH COURT OF APPEALS

No. 10-17-00419-CV

IN THE INTEREST OF R.L.P., B.J.P. AND Y.T.P., CHILDREN

From the 82nd District Court
Robertson County, Texas
Trial Court No. 16-03-19,982-CV

MEMORANDUM OPINION

E. P. appeals from an order or judgment signed on September 7, 2017. By letter dated December 21, 2017, the Clerk of this Court notified E. P. that the appeal was subject to dismissal because it appeared the notice of appeal was untimely. E. P. was warned in the same letter that, unless a response showing grounds for continuing the appeal was filed within 14 days from the date of the letter, the appeal would be dismissed without further notice. E. P. was also warned that the failure to file a response as requested would result in the dismissal of the appeal without further notification for failure to comply with an order or a notice from the Clerk. *See* TEX. R. APP. P. 42.3(c). More than 14 days have passed, and E. P. has failed to file a response.

Accordingly, this appeal is dismissed. *Id.*

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 17, 2018
[CV06]

